UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALICE GOODALL,

          Plaintiff,

-vs.-                                Case No. 2:12-cv-15461-PDB-LJM
                                  Hon. Paul D. Borman

FULTON, FRIEDMAN & GULLACE, LLP
a Michigan limited liability company,

          Defendant.
_____

**NOTICE OF VOLUNTARY DISMISSAL,
WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY**

      The Plaintiff hereby dismisses the within action with prejudice and without costs to either party.

                                                            Respectfully submitted

February 27, 2013                      /s/ Gary Nitzkin_____
                                                 GARY D. NITZKIN (P41155)
                                                 Attorney for Plaintiff
                                                 22142 West Nine Mile Road
                                                 Southfield, MI 48033
                                                 (248) 353-2882
                                                 GNitzkin@creditor-law.com

## PROOF OF SERVICE

      I, Gary D. Nitzkin herby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: FULTON, FRIEDMAN & GULLACE, LLP

                /s/ Gary D. Nitzkin
                Michigan Consumer Credit Lawyers
                22142 W. Nine Mile Road
                Southfield, MI 48033
                (248) 353-2882
                gntizkin@creditor-law.com
                P-41155